IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE HIRSCH and )
DAVID HIRSCH, )
 )
        Plaintiffs, )
 )
        v. ) No. 03 C 0994
 )
DINERS CLUB INTERNATIONAL LTD., )
 )
        Defendant. )

## MEMORANDUM ORDER

On January 25, 2005 this Court orally denied the motion of plaintiffs Christine and David Hirsch (collectively "Hirsches") to vacate the arbitration award ("Award") that had been entered in the National Arbitration Forum on October 20, 2004 in its case entitled <u>Citibank (USA), N.A. v. Christine Hirsch</u>, No. FA 0401000231884. This Court relatedly ordered that defendant's motion to confirm the Award was to be filed on or before February 1, with the Hirsches' response due February 4. Citibank (USA), N.A. ("Citibank," incorrectly named in the Complaint here as Diners Club International Ltd.) has timely filed its motion, but Hirsches have failed to respond.

It appears most likely that Hirsches' failure to respond is attributable to their having nothing to add to their earlier motion to vacate the Award, which this Court found to be devoid of merit. As the Citibank motion reflects, Hirsches did not pursue the continued opportunity that this Court had given them

back in May 2003 to challenge in this action the arbitrability of the parties' dispute. Instead they participated actively in the arbitration proceedings, both by responding to Citibank's claim and by advancing a Counterclaim that asserted the same substantive claims that they had presented in the Complaint in this action. Those submissions by both Citibank and Christine Hirsch produced the Award that was then entered by arbitrator Donald Parkinson, in which he awarded $35,072.63 to Citibank and dismissed the Counterclaim with prejudice.

In accordance with Federal Arbitration Act §§ 9 and 13 (9 U.S.C. §§ 9 and 13), this Court confirms the Award, enters judgment in favor of Citibank and against Christine Hirsch in the sum of $35,072.63 and dismisses with prejudice Hirsches' claims asserted in this action. This memorandum order disposes of all issues in this case and is accordingly a final order.

Milton I. Shadur
Senior United States District Judge

Entered: February 9, 2005

G:\WPTEXT\Hirsch1.wpd

2